IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHERYL JUNE SMITH,<br><br>       Plaintiff,<br><br>v.<br><br>STRYKER CORP., a Michigan Corporation; STRYKER SALES CORP. a Michigan Corporation; and HOWMEDICA OSTEONICS CORP. a New Jersey Corporation,<br><br>       Defendants. | Civil Action No.<br>1:21-cv-02869-VMC |

**ORDER**

This matter is before the Court on the Parties' Agreed Order of Dismissal Without Prejudice (Doc. 20) filed on October 24, 2021. The Court construes the Parties' request as a Voluntary Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), as it appears that counsel for all the Parties in this Action have agreed to the dismissal. As such, Plaintiff's claims against Defendants are **DIMISSED WITHOUT PREJUDICE**, with each party bearing their own costs and attorney's fees. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 24th day of October, 2022.

_____
Victoria Marie Calvert
United States District Judge