# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHERYL JUNE SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>STRYKER CORPORATION, A MICHIGAN CORPORATION; STRYKER SALES CORP, A MICHIGAN CORPORATION; AND HOWMEDICA OSTEONICS CORP, A NEW JERSEY CORPORATION<br><br>  Defendants. | Civil Action File No.:<br><br>1:21-cv-02869-VMC |

## AMENDED AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties, Plaintiff, Cheryl June Smith, and Defendants, Stryker Corporation, Stryker Sales Corp., and Howmedica Osteonics Corp., through counsel, and with the Court being duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's claims against Defendants be DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees.

- 2 -

Accordingly, it is so ORDERED this 7th day of November, 2022.

_____
Victoria Marie Calvert
United States District Judge

- 3 -

HAVE SEEN AND AGREE:

*/s/ J. Brittany Cross Carlson (admitted pro hac vice)*

J. Brittany Cross Carlson
Robert M. Connolly
**STITES & HARBISON, PLLC**
400 W. Market Street, Ste. 1800
Louisville, KY 40202
Telephone:  (502) 587-3400
Facsimile:   (502) 587-6391
Email: bcarlson@stites.com
            rconnolly@stites.com

Eric Breithaupt
Georgia Bar No. 596142
**STITES & HARBISON, PLLC**
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, GA  30308
Telephone:  (404) 739-8800
Facsimile:   (404) 739-8870
Email:  ebreithaupt@stites.com

COUNSEL FOR DEFENDANTS

*/s/ Lesley A. Dinoff (w/ permission)*

Lesley A. Dinoff
Georgia Bar No. 808580
The Dinoff Law Group L.L.C.
128 N. 5th Street
Griffin, GA 30223
lesleydinoff@thedinofflawgroup.com

COUNSEL FOR PLAINTIFF

1537501:1:LOUISVILLE